UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
March 21, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff,<br>v.<br>LILA MIA LUCERO,<br>  Defendant. | Case No. 2:12-mj-00080-EFB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release LILA MIA LUCERO, Case No. 2:12-mj-00080-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

____   Release on Personal Recognizance

_X_   Bail Posted in the Sum of: $25,000.00.

  _X_   Unsecured Appearance Bond

  ____   Secured Appearance Bond

  _X_   (Other) Conditions as stated on the record.

  _X_   (Other) The Defendant is to be released on April 4, 2012 at 9:00 a.m. to the custody of the Pretrial Services Officer for transport to The Effort drug treatment program.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 3/21/2012 at 2:45 p.m.

By _____
Edmund F. Brennan
United States Magistrate Judge