

FILED

APR - 3 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1  DANIEL J. BRODERICK
   Federal Defender
2  DENNIS S. WAKS, BAR #142581
   Supervising Assistant Federal Defenders
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6

7              IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,    )   Cr.S. 12-122-KJM
                                )
11                Plaintiff,    )   STIPULATION AND ORDER TO
                                )   EXTEND TIME FOR PRELIMINARY
12      v.                      )   HEARING AND EXCLUDE TIME
                                )
13 LILA MIA LUCERO,             )   Date:  May 23, 2012
                                )   Time:  2:00 p.m.
14                Defendant.    )   Judge: Edmund F. Brennan
   _____)
15

16      Plaintiff, United States of America, by and through

17 Assistant United States Attorney, MICHELLE RODRIGUEZ, and

18 Defendant LILA MIA LUCERO, individually and by her counsel of

19 record, DENNIS S. WAKS, Supervising Assistant Federal Defender,

20 hereby stipulate to continue the Preliminary Hearing set for

21 April 11, 2012, to May 23, 2012, at 2:00 p.m.

22      The parties agree that the time beginning from the date of

23 this stipulation extending through May 23, 2012, should be

24 excluded from the calculation of time under the Speedy Trial Act.

25 Further, the Defendant consents to an extension of the time for a

26 Preliminary Hearing until May 23, 2012, Fed. R. Crim. P. 5.1(d).

27 The parties submit that the ends of justice are served by the

28 Court excluding such time, so that they may have reasonable time

1

necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). In particular, the time is required so that the parties can continue to conduct investigation and discuss a proposed disposition. Furthermore, the party's anticipate that the defendant will be released to The Effort on April 4, 2012. A continuance of the preliminary hearing will allow her to take full advantage of this residential drug program. The defendant consents to this continuance.

The parties stipulate that this interest of justice outweighs the interest of the public and the defendant in a speedy trial, 18 U.S.C. §§ 3161(b) and (h)(7)(A), and further that this good cause outweighs the public's interest in the prompt disposition of criminal cases. Fed. R. Crim. P. 5.1(d).

Dated: April 2, 2012

Respectfully submitted,

DANIEL BRODERICK
Federal Defender

/s/ Dennis S. Waks
_____
DENNIS S. WAKS
Supervising Assistant Federal Defender
Attorney for Defendant
LILA MIA LUCERO

Dated: April 2, 2012         BENJAMIN B. WAGNER
                             United States Attorney

/s/ Dennis S. Waks for
_____
MICHELLE RODRIGUEZ
Assistant U.S. Attorney

**ORDER**

The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on April 2, 2012. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the Preliminary Hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A). The Court further finds that the extension of time would not adversely effect the public interest in the prompt disposition of criminal cases.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The date of the Preliminary Hearing is extended to May 23, 2012, at 2:00 p.m., before Magistrate Judge Edmund F. Brennan.

2. This time between April 2, 2012, and May 23, 2012, shall be excluded from calculation pursuant to 18 U.S.C. §3161(h)(7)(A) and Federal Rule of Criminal Procedure 5.1(d).

3. The defendant shall appear at the date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

Dated: April 3, 2012

_____
DALE A. DROZD
United States Magistrate Judge