

FILED

JUN 04 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1  DANIEL J. BRODERICK
   Federal Defender
2  DENNIS S. WAKS, BAR #142581
   Supervising Assistant Federal Defenders
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr.S. 12-122-KJM |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO |
| | ) | EXTEND TIME FOR PRELIMINARY |
| v. | ) | HEARING AND EXCLUDE TIME |
| | ) | |
| LILA MIA LUCERO, | ) | Date: July 25, 2012 |
| | ) | Time: 2:00 p.m. |
| Defendant. | ) | Judge: Gregory G. Hollows |
| | ) | |

Plaintiff, United States of America, by and through Assistant United States Attorney, MICHELLE RODRIGUEZ, and Defendant LILA MIA LUCERO, individually and by her counsel of record, DENNIS S. WAKS, Supervising Assistant Federal Defender, hereby stipulate to continue the Preliminary Hearing set for June 11, 2012, to July 25, 2012, at 2:00 p.m.

The parties agree that the time beginning from the date of this stipulation extending through July 25, 2012, should be excluded from the calculation of time under the Speedy Trial Act. Further, the Defendant consents to an extension of the time for a Preliminary Hearing until July 25, 2012, Fed. R. Crim. P. 5.1(d). The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time

1 necessary for effective preparation, taking into account the
2 exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). In
3 particular, the time is required so that the parties can continue
4 to conduct investigation and discuss a proposed disposition. The
5 defendant consents to this continuance.
6     The parties stipulate that this interest of justice
7 outweighs the interest of the public and the defendant in a
8 speedy trial, 18 U.S.C. §§ 3161(b) and (h)(7)(A), and further
9 that this good cause outweighs the public's interest in the
10 prompt disposition of criminal cases. Fed. R. Crim. P. 5.1(d).
11 Dated:  June 4, 2012

                                       Respectfully submitted,

                                       DANIEL BRODERICK
                                       Federal Defender

                                       /s/ Dennis S. Waks
                                       _____
                                       DENNIS S. WAKS
                                       Supervising Assistant Federal
                                       Defender
                                       Attorney for Defendant
                                       LILA MIA LUCERO

Dated:  June 4, 2012              BENJAMIN B. WAGNER
                                       United States Attorney

                                       /s/ Dennis S. Waks for
                                       _____
                                       MICHELLE RODRIGUEZ
                                       Assistant U.S. Attorney

**ORDER**

The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on

June 4, 2012. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the Preliminary Hearing date, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and defendant in a speedy trial. 18 U.S.C.§3161(h)(7)(A). The Court further finds that the extension of time would not adversely effect the public interest in the prompt disposition of criminal cases.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The date of the Preliminary Hearing is extended to July 25, 2012, at 2:00 p.m. before Magistrate Judge Gregory G. Hollows.

2. This time between June 4, 2012, and July 25, 2012, shall be excluded from calculation pursuant to 18 U.S.C. §3161(h)(7)(A) and Federal Rule of Criminal Procedure 5.1(d).

3. The defendant shall appear at the date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

Dated: 6/4/12

_____
Dale A. Drozd
United States Magistrate Judge