

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NUMBER: 2:12-cr-00122-KJM |
| ) Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| LILA MIA LUCERO, ) | |
| ) Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Lila Mia Lucero</u>; Case <u>2:12-cr-00122-KJM</u> from custody for the following reasons:

    ___   Release on Personal Recognizance

    ___   Bail Posted in the Sum of _____

    ___   Unsecured Appearance Bond in the amount of $

    ___   Appearance Bond with 10% Deposit

    ___   Appearance Bond secured by Real Property

    ___   Corporate Surety Bail Bond

    _X_   (Other) <u>Time Served.</u> (escort to effort)

Issued at   Sacramento, CA   on   12/19/12   at   11:20 a.m.

By _____
Kimberly J. Mueller
United States District Judge

FILED
DEC 19 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ CS
        DEPUTY CLERK