```
BENJAMIN B. WAGNER
United States Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2724
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.S. 12-00122-KJM |
|             Plaintiff, ) | |
|      v. ) | THIRD AMENDED STIPULATION REGARDING RESTITUTION OWED BY |
| LILA MIA LUCERO ) | DEFENDANT LILA LUCERO |
|             Defendant. ) | |

    IT IS HEREBY stipulated between the United States of America, through its undersigned counsel, Michelle Rodriguez and defendant Lila Lucero, through her undersigned counsel Dennis S. Waks, that the amount of restitution owed for the defendant's criminal actions, as set forth in the Presentence Investigation Report, is $8,600.42. Defendant Lucero shall begin payments immediately.  Restitution is to be sent to the United States District Court Clerk's Office in Sacramento, California, for disbursement to GE Capitol for Lowes GE CRB,  P.O. Box 981426, El Paso, TX 79998, in the amount of $6,610.31 and MCCS to the Attention of Davita Clark, 9111 Duke Blvd. Mason, OH 45015 in the amount of $1,990.11.  Interest is waived.
/////

1

United States Probation Officer Karen Y. Lucero has been advised of this amended stipulation.

```
                                    Respectfully submitted,

Dated: March 19, 2013               /s/ Michelle Rodriguez
                                    _____
                                    MICHELLE RODRIGUEZ
                                    Assistant U.S. Attorney


Dated: March 19, 2013               /s/ Dennis S. Waks
                                    _____
                                    DENNIS S. WAKS
                                    Attorney for Defendant Lila Lucero
```

IT IS SO ORDERED.

Dated: March 20, 2013.

_____
UNITED STATES DISTRICT JUDGE