IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| United States of America, | ) | |
|---|---|---|
| | ) | ORDER TO REDUCE |
| v. | ) | TERM OF SUPERVISED RELEASE FOR |
| | ) | SUCCESSFUL COMPLETION |
| Lila Mia Lucero, | ) | OF REENTRY COURT |
| | ) | (18 U.S.C. 3583(3)(1) |
| Defendant. | ) | |
| | ) | Docket Number:   0972 2:12CR00122-001 |

On September 26, 2013, the defendant was accepted as a participant in the Reentry Court Program. As of September 25, 2014, the defendant successfully completed the Reentry Court Program.

It is recommended by the Reentry Court Team that due to defendant's successful completion of the Reentry Court Program, the defendant's term of Supervised Release is to be reduced by one year, with a new termination date of December 17, 2016.

In accordance with 18 U.S.C. § 3583(3)(1), the Reentry Court Judge orders that a reduction is approved. The term of Supervised Release imposed on December 19, 2012, is hereby reduced by one year for defendant's successful completion of the Eastern District of California's Reentry Court Program.

These findings and recommendation are submitted to the District Judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 302 and shall be considered forthwith without the need for time to respond.

4/22/2016
_____
Date

Carolyn K. Delaney
U.S. Magistrate Judge

IT IS ORDERED that these findings and recommendations are hereby adopted and approved. The defendant's term of Supervised Release is reduced by one year, with a new termination date of December 17, 2016.

4/22/16
_____
Date

Kimberly J. Mueller
U.S. District Judge

cc:   Defendant
      Assistant United States Attorney:   Michelle Rodriquez
      Defense Counsel:   Dennis Waks
      FLU Unit – United States Attorney's Office
      Fiscal Clerk - Clerk's Office

FILED
APR 22 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Rev. 02/2015
REENTRY COURT_ORDER_TERM REDUCTION .DOTX